IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KIRSTEN BOWMAN,  No. 3:16-cv-00267-HZ

          Plaintiff,

v.

CAROLYN W. COLVIN,  JUDGMENT
Acting Commissioner of Social Security,

          Defendant.

HERNANDEZ, District Judge:

    Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is reversed and remanded pursuant to Sentence Four of 42 U.S.C. § 405(g) for further administrative proceedings.

    IT IS SO ORDERED.

Dated this 5 day of January, 2017

*Marco Hernandez*
Marco A. Hernandez
United States District Judge

1 - JUDGMENT